## DALTON ENTERPRISES, INC. *v.* BOSTON AND MAINE CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 251 (AC 16977), is denied.

*James M. Miele*, in support of the petition.

*Robert N. Reynolds, Jr.*, in opposition.

Decided May 15, 1998

## TOWN OF BRANFORD *v.* JAMES V. MONACO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 216 (AC 17005), is denied.

*John R. Williams*, in support of the petition.

*Timothy J. Lee* and *David J. Sheldon*, assistant United States attorney, in opposition.

Decided May 15, 1998

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 902 (AC 17006), is granted, limited to the following issue: